MARY H. LEWIS *v.* WILLIAM C. LEWIS
(11751)

DUPONT, C. J., DALY and HEIMAN, Js.

Submitted on briefs June 14—decision released July 6, 1993

*Debora L. Grover* and *Sharon Wicks Dornfeld* filed a brief for the appellant (defendant).

PER CURIAM. The judgment is affirmed.